SMITH *v.* THE STATE.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—This was a prosecution commenced in *January*, 1855, against *Smith* for selling intoxicating liquor to a minor. The defendant was convicted.

The judgment is reversed on the ground that the statute creating the offense was repealed by the act of 1853, p. 89, s. 19, *Brosee* v. *The State*, 5 Ind. R. 75.

*L. Reilly, A. W. Gaston, D. Mace* and *W. C. Wilson*, for the appellant.

*J. L. Miller*, for the State.